Reset Form

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IXI Mobile (R&D) LTD. and IXI IP, LLC<br><br>                     Plaintiff(s),<br><br>    v.<br><br>LG CORPORATION and LG ELEC. MOBILECOMM U.S.A., INC.<br><br>                     Defendant(s). | Case No: 3: 15-cv-05442<br><br>**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**<br>(CIVIL LOCAL RULE 11-3) |

    I, Mark W. Halderman, an active member in good standing of the bar of Pennsylvania, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: IXI Mobile (R&D) LTD and IXI IP, LLC in the above-entitled action. My local co-counsel in this case is John V. Picone III, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| My Address of Record:<br>1500 Market Street, Suite 3500E<br>Philadelphia, PA 19102 | Local Co-Counsel's Address of Record:<br>70 S. First Street<br>San Jose, CA 95113 |
|---|---|
| My Telephone # of Record:<br>(215) 575-7186 | Local Co-Counsel's Telephone # of Record:<br>(408) 286-9800 |
| My Email Address of Record:<br>mwhalderman@dilworthlaw.com | Local Co-Counsel's Email Address of Record:<br>jpicone@hopkinscarley.com |

    I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 62644.

    A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

    I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

    *I declare under penalty of perjury that the foregoing is true and correct*.

Dated: 03/04/16                                  Mark W. Halderman
                                                                APPLICANT

# ORDER GRANTING APPLICATION
# FOR ADMISSION OF ATTORNEY PRO HAC VICE

    IT IS HEREBY ORDERED THAT the application of Mark W. Halderman is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: 3/4/2016

                                                 UNITED STATES DISTRICT/~~MAGISTRATE~~ JUDGE



## Supreme Court of Pennsylvania

## CERTIFICATE OF GOOD STANDING

*Mark William Halderman, Esq.*

### DATE OF ADMISSION

**November 2, 2009**

The above named attorney was duly admitted to the bar of the Commonwealth of Pennsylvania, and is now a qualified member in good standing.

Witness my hand and official seal
Dated: March 2, 2016

*Patricia Johnson*

Patricia A. Johnson
Chief Clerk